IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

HEATHER KREGER, :

        Plaintiff,

vs. : Case No. 3:11cv277

NORFOLK SOUTHERN RAILWAY : JUDGE WALTER H. RICE
COMPANY,
        :
        Defendant.

---

### ENTRY SETTING NEW TRIAL DATE AND OTHER DATES

---

Mediation having failed to produce a settlement in the captioned cause, a telephone conference call was convened, between Court and counsel on Monday, December 10, 2012.

Trial upon the merits of the captioned cause, currently set for January 7, 2013, is ordered reset for Monday, June 10, 2013. The final pretrial conference will be held, by conference call telephone communication, beginning at 5:00 p.m. on Tuesday, May 28, 2013. A jointly prepared final pretrial order must be filed with the Court, not later than the close of business on Tuesday, May 21, 2013. All exhibits are to be exchanged, by and between the parties, not later than the close of business on Friday, May 24, 2013. All pretrial motions, such as motions in limine, etc., must be filed not later than the close of business on Tuesday, May 14, 2013.

December 12, 2012

                                        WALTER H. RICE
                                    UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record