# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

HEATHER KREGER,

    Plaintiff,                :

                     :        Case No.  3:11-cv-0277

    vs.                   :

NORFOLK SOUTHERN RAILWAY
COMPANY,              :

    Defendants.

---

## ORDER OF DISMISSAL: TERMINATION ENTRY

---

The Court having been advised by counsel for the parties that the above matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED,** with  prejudice as to the parties, provided that any of the parties may, upon good  cause shown **within 60 days**, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

**IT IS SO ORDERED.**

June 11, 2013

                              WALTER H. RICE,  JUDGE
                              UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record